*CR23-90*

CRIMINAL CASE INFORMATION SHEET

Pittsburgh ___X___        Erie _____        Johnstown _____

Related to No. _____    Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:    1.    _____ Narcotics and Other Controlled Substances
1a.    _____ Narcotics and Other Controlled Substances
(3 or more Defendants)
2.    _____ Fraud and Property Offenses
2a.    __X__ Fraud and Property Offenses
(3 or more Defendants)
3.    _____ Crimes of Violence
4.    _____ Sex Offenses
5.    _____ Firearms and Explosives
6.    _____ Immigration
7.    _____ All Others

Defendant's name:                    DREW PIERCE _____

Is indictment waived:            _____ Yes        __X__ No

Pretrial Diversion:            _____ Yes        __X__ No

Juvenile proceeding:            _____ Yes        __X__ No

Defendant is:                __X__ Male        _____ Female

Superseding indictment or information    _____ Yes        __X__ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited
occurred:                Mercer County _____

Previous proceedings before
Magistrate Judge:            _____

Case No.:            _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant:                          ____ is in custody    _X_ is not in custody

Name of Institution:                _____

Custody is on:                      ____ this charge    ____ another charge

                                    ____ another conviction

                                    ____ State          ____ Federal

Detainer filed:                     ____ yes            ____ no

Date detainer filed:                _____

Total defendants:                   _5_

Total counts:                       _17_

Data below applies to defendant No.:  _1_

Defendant's name:                   DREW PIERCE _____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1, 6, 11, 15 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail/Wire Fraud | X |
| 2-4, 7-9, 12-14 | 18 U.S.C. § 1343 | Wire Fraud | X |
| 16, 17 | 18 U.S.C. § 1341 | Mail Fraud | X |
| 5, 10 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | X |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   May 9, 2023 _____

*s/ William B. Guappone* _____
WILLIAM B. GUAPPONE
Assistant U.S. Attorney
NC ID No. 46075

*s/ Jeffrey R. Bengel* _____
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID NO. 1018621